JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN GRAY, | ) Case No. 2:23-cv-02697-MWF-JDE |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| WARDEN JENKINS, et al., | ) |
| | ) |
| Defendants. | ) |

        Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

        IT IS HEREBY ADJUDGED THAT this action is DISMISSED without prejudice.

Dated:  September 11, 2023 _          _____
                                                    Hernán D. Vera
                                                    United States District Judge